# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-5128

_____

JEANETTE TESORIERO,

Appellant,

v.

SHADY REST CARE PAVILION,
INC. and SUMMIT/CLAIMS
CENTER,

Appellees.

_____


On appeal from an order of the Judge of Compensation Claims.
Frank Clark, Judge.

Date of Accident: October 16, 2014.

June 27, 2018

PER CURIAM.

AFFIRMED.

WOLF, LEWIS, and RAY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Mark L. Zientz of Law Offices of Mark L. Zientz, P.A., Miami, for Appellant.

Michael E. McCabe of Henderson, Franklin, Starnes & Holt, P.A., Fort Myers, for Appellees.